

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00442-CR

Gilberto Ozuna **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11608
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due December 6, 2017. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.

_____
Keith E. Hottle
Clerk of Court